STATE v. BAXTER SHEMWELL.

(Filed 11 November, 1909.)

Upon examination of the entire evidence and the charge as a whole, no error is found.

APPEAL by defendant from *Long, J.,* February Term, 1909, of GUILFORD.

Indictment for assault with a deadly weapon. The defendant

was convicted and sentenced to five months' imprisonment, from which judgment he appealed.

*Attorney-General* and *G. L. Jones* for the State.

*Watson, Buxton & Watson, R. C. Strudwick* and *W. P. Bynum, Jr.,* for the defendant.

PER CURIAM: There is only one assignment of error set out in the brief of counsel for defendant, and that is directed to one clause in the charge of the court. Upon a careful examination of the entire evidence, and of the charge as a whole, we are convinced that the case was fairly presented to the jury, without any substantial error, and that they fully understood the questions submitted for their decision.

We find no reversible error—nothing which warrants us in ordering another trial.

No error.

WALKER, J., dissenting.